IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin Smith,
*individually and on behalf of all others similarly situated,*

Plaintiff,

-vs-

Midwest Tape, LLC,

Defendant.

Case No. 3:26 CV 443

JUDGMENT ENTRY

JUDGE JACK ZOUHARY

For the reasons described in the accompanying Order (Doc. 80), Defendant's Motion to Compel Arbitration (Docs. 26, 43) is granted. This case is dismissed without prejudice to Plaintiffs' pursuit of their claims in arbitration.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 1, 2026